# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:08-cr-00038-RCJ-LRL |
| vs. | ) | **ORDER** |
| RUBEN NIETO-SANCHEZ, | ) | |
| Defendant. | ) | |

Before this Court for consideration is the Report and Recommendation from Magistrate Judge Lawrence R. Leavitt, entered September 26, 2008 (#26) regarding Defendant's Motion to Dismiss Indictment Based on Prior Unlawful Deportation (#20). No objections have been filed.

The Court has conducted a review of the record in this case and determines that the Report and Recommendation of the United States Magistrate Judge entered September 26, 2008, should be affirmed.

IT IS THEREFORE ORDERED that Magistrate Judge Leavitt's Report and Recommendation (#26) be affirmed and adopted and that Defendant's Motion to Dismiss Indictment Based on Prior Unlawful Deportation (#20) be **DENIED**.

DATED: October 16, 2008

_____
UNITED STATED DISTRICT COURT